## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JASPAR R. KIRTSEY,

    Plaintiff,

v.                                          **Case No.:**   1:21-cv-23008-DPG

FRANCK K. PAPILLON, M.D,

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF SETTLEMENT**

The parties respectfully notify the court that the parties have agreed in principle to settle the above-captioned matter. Counsel is in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend on filing all appropriate disposition paperwork with the court in the near future.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I provided the foregoing document by first-class U.S. mail to the following non-CM/ECF participant: Jasper R. Kirtsey, 049114, Dade Correctional Institution, 19000 SW 377th Street, Florida City, FL 33034.

/s/ Ethen R. Shapiro
Ethen R. Shapiro (FBN 669881)
Ethen.Shapiro@hwhlaw.com
Rachel E. Eilers (FBN 1019587)
Rachel.Eilers@hwhlaw.com
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
*Attorneys for Defendant, Franck K. Papillon, M.D.*