United State District Court. Southern District of Florida

Jasper T. Kirtsey, plaintiff

v

Franck Papillon, defendant

/21 cv 23008-At

FILED BY MC D.C.

JUN 13 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Plaintiffs Notice of Settlement

Plaintiffs Notify the Court that the case /21-cv 28008 has reached in principle a settlement. Counsel is in the process of preparing finalizing the settlement agreement and stipulated dismissal.

Certificate of Service

I HEREBY CERTIFY THAT A COPY HAS BEEN SENT UNTO THE CLERK OF THE COURT, AS B WELL AS THE DEFENDANTS.

United State District Court,
Court Southern District of Florida
Clerk of the Court - 8N09.
400 N Miami Ave, Miami
Fla 33126.

Hill Ward Henderson.
101 E. Kennedy Blvd.
3700 Tampa Fla 33602

of 8 23 this day of _____

Jasper Ray _____

Jasper R. Kintsey 089114
Dade Correctional 19000 SW
377 Street Florida City
Fla 33034

FIRST-CLASS MAIL
MIAMI FL 330
MAILED FROM A
9 JUN 2023 PM 2 L
CORRECTIONAL
INSTITUTION
FLORIDA CITY

Hasler
06/08/2023
US POSTAGE $000.60⁰
ZIP 33034
011E11681778

City Timothy
United States
District Court of Florida
Southern District of Florida
Office Clerk Room 8N09
400 - N. Miami Ave.
33126

Legal Mail
Received
JUN 08 2023
Dade C.I.

3912831801