UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Legal Mail Received
**JUN 2 6 2023**
Dade C.I.

JASPER R. KIRTSEY,

    Plaintiff,

v.                              Case No.:   1:21-cv-23008-DPG

FRANCK K. PAPILLON, M.D,

    Defendant.
_____/

## JOINT STIPULATION TO DISMISSAL WITH PREJUDICE

Plaintiff, Jasper R. Kirtsey, *pro se*, and Defendant, Franck Papillon, M.D., by and through undersigned defense counsel, pursuant to Fed. R. Civ. P. 41 and this Court's Order (Doc. 58), hereby jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: June 7, 2023

/s/ Jasper Ray Kirtsey
Jasper R. Kirtsey
DC #049114
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034
*Pro se*

/s/ Ethen R. Shapiro
Ethen R. Shapiro (FBN 669881)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900 / (813)221-2900 – facsimile
Ethen.Shapiro@hwhlaw.com
*Attorney for Defendant Franck Papillon, M.D.*